- 1 -

1  BRENDA ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
3  Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9  KIMBERLY FLOWERS,                    Case No.: 2:14-cv-01843-LDG-GWF

10              Plaintiff,               **STIPULATION AND ORDER FOR**
11  v.                                   **DISMISSAL WITH PREJUDICE**

12  WAL-MART STORES, INC.,

13              Defendant.

14

15   IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

16  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

party's own costs and attorney's fees.

DATED this 24th day of Feb, 2015.                DATED this 3rd day of March, 2015.

**RICHARD HARRIS LAW FIRM**                       **PHILLIPS, SPALLAS & ANGSTADT**

_____                         _____ NV Bar 15169
Alison Brasier, Esq.                              Brenda H. Entzminger
801 S. Fourth Street                              504 South Ninth Street
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*Kimberly Flowers*                                *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 6 day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE